NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

PAUL MACNEIL,                          )
                                       )
            Petitioner,                )
                                       )
v.                                     )        Case No. 2D18-4525
                                       )
JESSICA MONTGOMERY,                    )
                                       )
            Respondent.                )
_____   )

Opinion filed September 27, 2019.

Petition for Writ of Certiorari to the
Circuit Court for Hillsborough County;
Melissa M. Polo, Judge.

Paul MacNeil, pro se.

Robert McGlynn of Florida Law Advisors,
P.A., Tampa, for Respondent.


PER CURIAM.

            Denied.


KHOUZAM, C.J, and SALARIO and SMITH, JJ., Concur.